1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY DOWNS,

11             Plaintiff,                    No.  2:12-cv-3057 MCE CKD P

12        vs.

13   CALIFORNIA ATTORNEY
     GENERAL, et al.,
14

15             Defendants.              ORDER

16   _____/

17             In light of the document filed by plaintiff on February 27, 2013, IT IS HEREBY

18   ORDERED that:

19             1.   Plaintiff shall submit, within thirty days from the date of this order, an

20   affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

21   of Court, or the appropriate filing fee.

22             2.  The Clerk of the Court is directed to send plaintiff a new Application to

23   Proceed In Forma Pauperis By a Prisoner.

24   /////

25   /////

26   /////

                                        1

3.  Plaintiff's failure to comply with this order will result in the court's February 6, 2013 findings and recommendations being submitted to the district court judge assigned to this case for consideration.

Dated: March 1, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
down3057.fifp

2