UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS, | No. 2:12-cv-3057 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA ATTORNEY GENERAL, | |
| Defendant. | |

On September 18, 2013, plaintiff filed a document in which he makes several requests related to the filing of his amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order in which to file his amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice.

2. All other requests made in plaintiff's September 18, 2013 motion (ECF NO. 36) are denied.

Dated: September 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/down3057.36(2)