1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY DOWNS,                        No.  2:12-cv-3057 MCE CKD P

12              Plaintiff,

13        v.                               ORDER

14   CALIFORNIA ATTORNEY GENERAL,

15              Defendant.

16

17        On September 18, 2013, plaintiff filed a document in which he makes several requests

18   related to the filing of his amended complaint.  Good cause appearing, IT IS HEREBY

19   ORDERED that:

20        1.  Plaintiff is granted thirty days from the date of this order in which to file his amended

21   complaint.  Failure to file an amended complaint within 30 days will result in a recommendation

22   that this action be dismissed without prejudice.

23        2.  All other requests made in plaintiff's September 18, 2013 motion (ECF NO. 36) are

24   denied.

25   Dated:  September 24, 2013

26                                         _____
                                           CAROLYN K. DELANEY
27                                         UNITED STATES MAGISTRATE JUDGE

28   1/down3057.36(2)