UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>　　　　Defendant. | No. 2:12-cv-3057 MCD CKD P<br><br><br>ORDER |

On October 28, 2013, plaintiff filed a request for the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.[1]

/////

/////

---

[1] Plaintiff makes other requests in the document filed by him on October 28, 2013, none of which are procedurally or substantively appropriate at this time.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 38) is denied.

Dated: October 31, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
down3057.31

2