UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>            Defendant. | No.  2:12-cv-3057 MCE CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed June 4, 2013, plaintiff's complaint was dismissed with leave to amend. The time allotted for filing an amended complaint has expired and plaintiff has not filed an amended complaint.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

/////

/////

/////

1

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 31, 2013

                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

down3057.fta