UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS, | No. 2:12-cv-3057 MCD CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA ATTORNEY GENERAL, | |
| Defendant. | |

Plaintiff has filed a motion asking that the undersigned recuse. Essentially, plaintiff takes issue with the fact that his motions for appointment of counsel have been denied. However, denial of a request for appointment of counsel is not an adequate basis for recusal. See 28 U.S.C. §§ 144 & 455. Accordingly, plaintiff's motion (ECF No. 47) is denied. Plaintiff has also filed a motion asking that the court stay this matter until the court addresses plaintiff's assertion that he has the right to counsel in this action under the Americans with Disabilities Act (ADA). There is nothing in the ADA that requires, or even authorizes, the court to appoint counsel for plaintiff. Therefore, plaintiff's request for a stay (ECF No. 48) is also denied.

Dated: January 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/down3057.rec