UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGROY DOWNS, | No. 2:12-cv-3057 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA ATTORNEY GENERAL, | |
| Defendant. | |

On February 28, 2014, plaintiff filed a document the court construes as a motion for reconsideration of this court's February 19, 2014 order dismissing this action. A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

Plaintiff does not present newly discovered evidence suggesting this matter should not be dismissed. Furthermore, the court finds that, after a de novo review of this case, the February 19, 2014 order dismissing this case is neither manifestly unjust nor clearly erroneous.

/////

/////

1

1 |      Accordingly, IT IS HEREBY ORDERED that plaintiff's February 28, 2014 motion for
2 | reconsideration (ECF No. 52) is denied.

Dated: March 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT