UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DOWNS,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>    Defendant. | No.  2:12-cv-3057 MCD CKD P<br><br><br>ORDER |

On June 5, 2014, plaintiff filed a request for the appointment of counsel.  ECF No. 58.  Since this case was closed on February 19, 2014, plaintiff's request is denied.  The court notes plaintiff is appealing the decision by this court to dismiss this case.  Therefore, any further requests for the appointment of counsel should be directed to the Ninth Circuit.

Dated: June 10, 2014

_Carolyn K. Delaney_
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
down3057.31